# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2758

_____

QUARNETTA QUAINTANCE,

    Appellant,

    v.

FIRST STUDENT
TRANSPORTATION and
GALLAGHER BASSETT SERVICES,
INC.,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident: October 19, 2015.

October 25, 2019

PER CURIAM.

    AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jonathan Israel, Jacksonville, for Appellant.

Philip R. Augustine and George W. Boring of Bolton, Helm & Augustine, LLP, Lake Mary, for Appellees.